# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **U N I T E D  S T A T E S,** | ) | **Misc. Dkt. No. 2015-02** |
| **Respondent** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF DOCKETING** |
| **Senior Airman (E-4)** | ) | |
| **CHARLES A. WILSON III,** | ) | |
| **USAF,** | ) | |
| **Petitioner** | ) | **Panel No. 1** |

A Petition for Extraordinary Relief in the Nature of a Writ of Prohibition in the above styled case was filed with this Court by counsel for the Petitioner on the 23rd day of March, 2015.

The case has been assigned **Misc. Dkt. No. 2015-02** and has been referred to **Panel 1** for review.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court